## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **TRACY MATTISON, on behalf of herself and all others similarly situated** | Case No. 5:19-cv-01618 |
| Plaintiff, | Judge John A. Adams |
| vs. | |
| **TRUBRIDGE, INC.** | **ORDER AND JUDGMENT ENTRY APPROVING SETTLEMENT OF COLLECTIVE ACTION AND DISMISSING ACTION WITH PREJUDICE**   (Resolves Doc. 15) |
| Defendant. | |

THIS MATTER came before the Court upon the Parties' Joint Motion for Order and Judgment Entry Approving Settlement of Collective Action and Dismissing Action with Prejudice. Having reviewed the Motion, having reviewed the Parties' settlement papers and the amounts to be paid to Plaintiff, the Potential Opt-In Plaintiffs, and for Plaintiff's attorneys' fees and costs, and the Court being otherwise fully advised on the Motion, it is **ORDERED AND ADJUDGED** as follows:

The Joint Motion is **GRANTED**. The Court finds that the Parties' proposed agreement to settle this FLSA action (the "Settlement") was reached following arms' length negotiations between the Parties which were well-informed by a statistical expected valuation analysis. The Court finds that the Settlement is fair, reasonable and just. The Settlement is **APPROVED**. The case is certified as a collective action for settlement purposes only.  The Claims Administrator designated by the Parties is authorized to send the notices and issue the payments pursuant to the terms of the Settlement.  Plaintiff's Counsel's request for attorneys' fees, costs, and expenses is approved.  The request for the service payment to Named Plaintiff is approved.

This Action is **DISMISSED WITH PREJUDICE** as a final judgment and this matter is closed.  This Court will This Court will RETAIN JURISDICTION to enforce the Settlement.

IT IS SO ORDERED this 16th day of June, 2020.

          ___*/s/ John R. Adams*_____
          HONORABLE JUDGE JOHN A. ADAMS